IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **INDEPENDENCE BLUE CROSS,** : | |
| **QCC INSURANCE COMPANY and** : | |
| **PERSONAL CHOICE HEALTH BENEFITS** : | |
| **PLAN, a Comprehensive Major Medical** : | |
| **Group Contract, by and Between QCC** : | |
| **Insurance Company, a Pennsylvania** : | |
| **Corporation, and Klasko Immigration** : | **NO. 23-1530** |

### ORDER

**NOW**, this 21st day of November, 2023, upon consideration of the Motion of Defendant Independence Blue Cross to Dismiss Counts I, II, III, V and VI of Plaintiff's Second Amended Complaint (Doc. No. 22), the plaintiff's response, and the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

It is **FURTHER ORDERED** as follows:

1.  To the extent the motion seeks dismissal of Count I of plaintiff's Second Amended Complaint (Doc. No. 18), the motion is **DENIED.**

2.  To the extent the motion seeks dismissal of Counts II, III, V, and VI of plaintiff's Second Amended Complaint, the motion is **GRANTED.**

3.  Counts II, III, V, and VI of plaintiff's Second Amended Complaint are **DISMISSED WITH PREJUDICE.**

TIMOTHY J. SAVAGE, J.