**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANE DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **INDEPENDENCE BLUE CROSS** | : | **NO. 23-1530** |

## <u>ORDER</u>

**NOW**, this 22nd day of January, 2024, upon consideration of the Motion for Summary Judgment of Defendant, Independence Blue Cross (Doc. No. 56), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.