**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANE DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **INDEPENDENCE BLUE CROSS** | : | **NO. 23-1530** |

<u>**ORDER**</u>

**NOW**, this 29th day of January, 2024, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.